# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSI A. KNIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO.: 3:21-CV-08985-TLT<br><br>Judge: Hon. Trina L Thompson<br><br>Complaint Filed: November 19, 2022<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Upon the joint motion of the Parties to dismiss this case in light of their executed Rule 68 Offer and Judgement re Attorneys' Fees, Costs, and Expenses and full payment of the funds agreed to therein,

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

_____
Hon. Trina L Thompson
UNITED STATES DISTRICT COURT JUDGE
Date: December 8, 2023